**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1280

ATHAR A. ABBASI, M.D., ex rel., The Estate(s) of Mehru &
Ahson Abbasi,

                Plaintiff - Appellant,

     v.

RAFAT ABBASI, M.D.; MONTGOMERY COUNTY, MARYLAND; C. BRIAN
CARLIN, Esq.,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge. (8:10-cv-03551-PJM)

Submitted:  June 13, 2012          Decided:  June 28, 2012

Before WILKINSON, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Athar A. Abbasi, Appellant Pro Se.  Rafat Abbasi, Appellee Pro
Se; Edward Barry Lattner, COUNTY ATTORNEY'S OFFICE, Rockville,
Maryland; Larry Puckett, Jr., ECCLESTON & WOLF PC, Hanover,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Athar A. Abbasi appeals the district court's order dismissing his complaint for lack of subject-matter jurisdiction and the court's text order denying his motion filed under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm the dismissal of the complaint for the reasons stated by the district court and affirm the denial of reconsideration. Abbasi v. Abbasi, No. 8:10-cv-03551-PJM (D. Md. Dec. 29, 2011; Mar. 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED